# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID ANDERSON
ADC #87638                                                                                               PETITIONER

VS.                                      5:06CV00108 WRW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 14th day of January, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE