# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DAVID ANDERSON**                                                                                       **PETITIONER**

**VS.**                                         **5:06CV00108-WRW**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                                **RESPONDENT**

## ORDER

Petitioner's Motion for Reconsideration (Doc. No. 137) is DENIED.

IT IS SO ORDERED this 21st day of November, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE